GBK/np

## PRAECIPE FOR WARRANT

### IN THE UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF ALABAMA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| v.  * | USAO NO. **94R0158** |
| * | CRIM. NO. 94-00061-CB |
| DON LEONARD SCOTT * | |

The Clerk of said Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the **21st** day of **April, 1994**.

This **21st** day of **April 1994**.

_____
EDWARD J. VULEVICH, JR.
UNITED STATES ATTORNEY

Warrant Issued: 4-22-94

<u>Defendant's Last Known Address:</u>

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Baton Rouge, Louisiana  70802

Stewart Woods, SA-FBI
(205)438-3674

B/M DOB: ▓▓▓▓65
SSN: ▓▓▓▓▓0630

**Note: Special Agent Stewart Woods will serve.  Please call him when ready.**