# United States District Court

SOUTHERN _____ DISTRICT OF _____ ALABAMA

UNITED STATES OF AMERICA
V.
DON LEONARD SCOTT

## WARRANT FOR ARREST

CASE NUMBER: 94-00061-CB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   DON LEONARD SCOTT
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A SCHEDULE II CONTROLLED SUBSTANCE (CRACK COCAINE); AND
POSSESSION WITH INTENT TO DISTRIBUTE CRACK COCAINE.

in violation of Title   21 & 18   United States Code, Section(s)   846:841(a)(1) & 2

DEBORAH S. HUNT
Name of Issuing Officer

[signature]
Signature of Issuing Officer

CLERK
Title of Issuing Officer

APRIL 22, 1994, MOBILE, ALABAMA
Date and Location

Bail fixed at $_____ by _____
                                        Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: DON LEONARD SCOTT

ALIAS: _____

LAST KNOWN RESIDENCE: ▮▮▮▮▮ BATON ROUGE, LA 70802

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: ▮▮ 65

SOCIAL SECURITY NUMBER: ▮▮▮ 0630

HEIGHT: _____   WEIGHT: _____

SEX: M   RACE: B

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: SA-FBI, STEWART WOODS (205) 438-3674