AO 470 (8/85) Order of Temporary Detention

# United States District Court

_MIDDLE_ DISTRICT OF _LOUISIANA_

UNITED STATES OF AMERICA

V.

DON LEONARD SCOTT

*Defendant*

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: CR. 94-17-M1

Upon motion of the  __UNITED STATES OF AMERICA__ , it is ORDERED that a detention hearing is set for __May 6, 1994__ * at __1:30 p.m.__
                                              Date                                            Time

before __U.S. MAGISTRATE JUDGE STEPHEN C. RIEDLINGER__
*Name of Judicial Officer*

U. S. Courthouse, 707 Florida Street, Room 314, Baton Rouge, Louisiana
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
*Other Custodial Official*

Date: __April 29, 1994__

*Judicial Officer* (signed: Stephen C. Riedlinger)

**A TRUE COPY**
Deputy Clerk  5-9-94
Richard T. Martin, Clerk • U.S. District Court
Middle District of Louisiana
Baton Rouge, Louisiana

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.