UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VERSUS | :    CRIMINAL CASE 94-00061-CB |
| DON LEONARD SCOTT | : |

### MOTION TO COMPEL GOVERNMENT TO IDENTIFY INVESTIGATING OFFICERS

Doc. 36 art of service

NOW INTO COURT, through undersigned counsel, comes Don Leonard Scott, an accused citizen herein, who moves this Court for entry of an Order compelling the United States Attorney's Office to identify the investigating officers involved in the arrest and questioning of the accused and the investigation of the accused sufficiently in advance of the hearing on the motion to suppress to allow the issuance and service of subpoenas. For reasons more fully set forth in the attached memorandum in support of this motion, the accused is entitled to the Order sought herein.

Wherefore, Don Leonard Scott respectfully prays for an Order requiring the United States Attorney's Office to identify the investigating officers involved in the arrest and questioning of the accused and the investigation of the accused sufficiently in advance of the hearing on the motion to suppress to allow the issuance and service of subpoenas.



JUN 15 1994

U.S. MAGISTRATE JUDGE

REFERRED TO JUDGE Milling
For Ruling or Appropriate Action
Date 6/15/94   MAB

Respectfully submitted:

Jacqueline Phillips
Attorney at Law
1623 Main Street
Baton Rouge, Louisiana 70802
(504) 344-7370

and

Eulis Simien, Jr.
Simien & Simien, L.L.C.
Attorneys and Counselors at Law
8110 Summa Avenue, Suite 100
Baton Rouge, Louisiana 70809
(504) 769-8422

By: Jacqueline Phillips, Bar No. 17347