UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| VERSUS : | CRIMINAL CASE 94-00061-CB |
| : | |
| DON LEONARD SCOTT : | |

**MEMORANDUM IN SUPPORT OF MOTION TO COMPEL
GOVERNMENT OF IDENTIFY INVESTIGATING OFFICERS**

May it please the Court:

This matter is currently pending before this Court on the motion of the accused to suppress evidence obtained from him in violation of his rights under Fourth, Fifth, or Sixth Amendment rights of the federal constitution, 18 U.S.C. § 2510, et seq., and F.R.Cr.P. Rule 41. Due to number of investigating officers, from the Federal Bureau of Investigations, the Mobile City Police and possibly from other law enforcement agencies, it is impossible for the accused to identify all of the law enforcement personnel involved. It is essential that in order to enforce his rights, including those above-mentioned and his right of confrontation and others, that these identities be provided to the accused by the United States.

Respectfully submitted:

Jacqueline Phillips
Attorney at Law
1623 Main Street
Baton Rouge, Louisiana 70802
(504) 344-7370

and

Eulis Simien, Jr.
Simien & Simien, L.L.C.
Attorneys and Counselors at Law
8110 Summa Avenue, Suite 100
Baton Rouge, Louisiana 70809
(504) 769-8422

By: _____
Jacqueline Phillips, Bar No. 17347