IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA     :
                             :
vs.                          :   CRIMINAL CASE 94-00061-CB
                             :
DON LEONARD SCOTT            :

## ORDER

Condition 7(c) in the Order Setting Conditions of Release dated May 6, 1994 (Doc. 18) is AMENDED to confer upon the Pretrial Services Office the discretion to allow Defendant to travel outside the Southern District of Texas if that approval is obtained beforehand and good cause is shown.

DONE this 17th day of June, 1994.

_____
BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE