UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| versus | : CRIMINAL CASE 94-00061-CB |
| DON LEONARD SCOTT | : |

## MOTION FOR BRADY MATERIAL

NOW INTO COURT, through undersigned counsel, comes the accused, Don Leonard Scott, who moves this Honorable Court for an Order compelling the Unites States, through the United States Attorney's Office for the Southern District of Alabama, to provide to him materials to which he is entitled under the due process clause of the United States Constitution, Rule 16 of the Federal Rules of Criminal Procedure, and Brady v. Maryland, 373 U.S. 83 (1963); Giglio v. United States, 405 U.S. 150 (1972); United States v. Agurs, 427 U.S. 97 (1976); and United States v. Bagley, 473 U.S. 667 (1985). For reasons more fully detailed in the attached memorandum in support of this motion, movant is entitled to this Order.

Wherefore, the accused, Don Leonard Scott moves this Honorable Court for an Order compelling the Unites States, through the United States Attorney's Office for the Southern District of Alabama, to provide to him materials to which he is entitled under the due process clause of the United States Constitution, Rule 16 of the Federal Rules of Criminal Procedure, and Brady v. Maryland, 373 U.S. 83 (1963); Giglio v. United States, 405 U.S. 150 (1972); United States v. Agurs, 427 U.S. 97 (1976); and United States v. Bagley, 473 U.S. 667 (1985).

RECEIVED
JUL 12 1994
U.S. MAGISTRATE JUDGE

REFERRED TO JUDGE Milling
For Ruling or Appropriate Action
Date 7/12/94

Respectfully submitted:

Jacqueline Phillips
Attorney at Law
623 Main Street
Baton Rouge, Louisiana 70802
(504) 344-7370

and

Simien & Simien, L.L.C.
Attorneys and Counselors at Law
8110 Summa Avenue, Suite 100
Baton Rouge, Louisiana 70809
(504) 769-8422

By: Eulis Simien, Jr.
    Bar Roll No. 12077

Certificate and Verification

Undersigned verifies that the statements made in the foregoing motion and memorandum in support thereof are true and correct to the best of his information knowledge and belief and certifies that he has this date served a copy of the foregoing motion and memorandum in support thereof on the United States Attorney's Office for the Southern District of Alabama by mailing a copy of the same in a properly addressed postage pre-paid envelope.

Done this 7th day of July, 1994 at Baton Rouge, Louisiana.

_____
Eulis Simien, Jr.

Sworn to and subscribed before me, undersigned notary, on this 7th day of July, 1994 at Baton Rouge, Louisiana.

_____
Notary