UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| VERSUS | : CRIMINAL CASE 94-00061-CB |
| | : |
| DON LEONARD SCOTT | : |

**MEMORANDUM IN SUPPORT OF MOTION TO MODIFY CONDITIONS OF RELEASE**

May it please the Court:

Movant is currently a candidate for the Texas Bar examination. At the time of his release from custody, he was residing, and continues to reside, with his mother in Houston, Texas. However, due to the demands preparing for the Bar examination, it will be necessary for movant to travel to and reside with his father in Jasper, Texas from on or about July 13, 1994 to on or about July 25, 1994. The circumstances in his father's home will allow movant a more peaceful and undisturbed environment in which to study. In addition, despite movant's request that he be allowed to sit for the Bar examination in Houston, Texas, he has been assigned an examination location in Austin, Texas. As a result, it will be necessary for him to travel to and reside in the City of Austin, Texas from on or about July 25, 1994 to on or about July 29, 1994 for the purposes of this examination.

Wherefore, the accused, Don Leonard Scott, moves this Honorable Court for an Order modifying the conditions of his release to allow him to travel to and reside with his father in the City of Jasper, Texas from on or about July 13, 1994 to on or about July 25, 1994 and to travel to and reside in the City of Austin, Texas from on or about July 25, 1994 to on or about July 29, 1994 for the purposes of sitting for

the Texas Bar examination.

                        Respectfully submitted:

                        Jacqueline Phillips
                        Attorney at Law
                        623 Main Street
                        Baton Rouge, Louisiana 70802
                        (504) 344-7370

                              and

                        Simien & Simien, L.L.C.
                        Attorneys and Counselors at Law
                        8110 Summa Avenue, Suite 100
                        Baton Rouge, Louisiana 70809
                        (504) 769-8422

                        *[signature]*

By:    Eulis Simien, Jr.
         Bar Roll No. 12077