IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | * CRIM. NO. <u>94-00061-002</u> |
| JANNIE ELDRIDGE | * |

**POSITION OF PARTIES WITH RESPECT TO SENTENCING FACTORS**

Comes now the United States of America, in accordance with the Standing Order of this Court dated December 11, 1990, and files herein its response to the Presentence Report prepared by the United States Probation Office of this district. The United States of America adopts the presentence report, including the application of the sentencing guidelines and asserts that there are no objections to same.

Respectfully submitted,

EDWARD J. VULEVICH, JR.
UNITED STATES ATTORNEY

By  *George A. Martin Sr.*
George A. Martin, Jr. MARTG3884
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing pleading has been served upon counsel, Domingo Soto, Esq., 465 Dauphin Street, Mobile, Alabama 36602, by placing same in the United States Mail, postage prepaid, and a copy sent to United States Probation Office, 154 St. Louis Street, Mobile, Alabama 36523 on this __15th__ day of __August__, 19__94__.

_George A. Martin Jr._
George A. Martin, Jr. MARTG3884
Assistant United States Attorney