IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>DON LEONARD SCOTT | Docket No. CR 94-00061-001 |

NOTICE OF TENTATIVE FINDINGS IN RESPONSE TO PLEADING ENTITLED,
"POSITION OF PARTIES WITH RESPECT TO SENTENCING FACTORS,"
FILED BY _____ Defendant     __X__ Government

Objections have been registered in accordance with procedures mandated by this court regarding the following disputed factors or facts:

The court will tentatively treat the objections in the following manner:

1. The government has no objections.

1. 

2. 

2. 

Done this the 11th day of Oct, 1994.

Charles R. Butler, Jr.
Chief United States District Judge