**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**

U.S. DISTRICT COURT
SO. DIST. AL.
MOBILE, AL. 36602

Nov 7  2 14 PM '94

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VERSUS** | : | CRIMINAL CASE 94-00061-CB |
| | : | |
| **DON LEONARD SCOTT** | : | |

## MEMORANDUM IN SUPPORT OF MOTION TO SEAL TRANSCRIPT OF SENTENCING HEARING

May it please the Court:

The sentencing hearing in this matter was held on October 12, 1994. Counsel for defendant has requested that a transcript of this hearing be prepared for the purposes of appeal. As there are sensitive issues and matters discussed at this sentencing hearing, defendant desires that this motion and resulting Order and the transcript of the sentencing hearing be sealed except for the purposes of the appeal.

Wherefore, defendant prays for an Order sealing this motion and the transcript of the sentencing hearing.

Simien & Simien, L.L.C.
Attorneys and Counselors at Law
8110 Summa Avenue, Suite 100
Baton Rouge, Louisiana 70809
(504) 769-8422

By: Eulis Simien, Jr.
Bar Roll No. 12077

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VERSUS | : CRIMINAL CASE 94-00061-CB |
| DON LEONARD SCOTT | : |

### ORDER

Premises considered:

IT IS THE ORDER OF THE COURT that this motion and Order be sealed in the record of this matter.

IT IS THE FURTHER ORDER OF THE COURT that upon the preparation of the transcript of the sentencing hearing that it be sealed.

Done and signed this _____ day of November, 1994 at Mobile, Alabama.

_____
Judge Charles Butler