UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

U.S. DISTRICT COURT
SO. DIST. AL.
MOBILE, AL 36602

Nov 29  10 47 AM '94

FILE
CLERK'S OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VERSUS | :  CRIMINAL CASE 94-00061-CB |
| DON LEONARD SCOTT | : |

**MEMORANDUM IN SUPPORT OF MOTION FOR RELEASE
OF BOND DEPOSITED WITH CLERK**

May It Please the Court.

This matter is pending before this Honorable Court. Because the defendant was arrested in Baton Rouge, Louisiana, a hearing was held in the United States District Court for the Middle District of Louisiana to determine whether the defendant should be detained. After that Court determined that the defendant should not be detained, it ordered that the defendant post a cash bond in the amount of $2,000 to insure the return of defendant as required. This money was posted with the clerk court for that Court. Defendant complied with the conditions of his release and remained released from custody until he reported to his assigned detention facility earlier this month. As defendant is now in the custody of the Bureau of Prisons, it is no longer necessary to retain the cash bond provided by defendant. As evidenced by the attached signature of the Assistant United States Attorney, George Martin, the government has no opposition to the granting of this motion.

Wherefore, defendant respectfully moves this Honorable Court for an Order releasing the cash bond held on deposit by the Clerk of Court, with said release being to his attorney of record, Eulis Simien, Jr.

Respectfully submitted:

Simien & Simien, L.L.C.
Attorneys & Counselors at Law
8110 Summa Avenue, Suite 100
Baton Rouge, Louisiana 70809
(504) 769-8422

By: Eulis Simien, Jr.
Bar Roll No. 12077

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing motion on the United States Attorney Office for the Southern District of Alabama by Federal Express delivery.

Done this 28th day of November, 1994.

By: Eulis Simien, Jr.