# United States Court of Appeals

### FOR THE ELEVENTH CIRCUIT

No. 94-6823 and 94-7189
Non-Argument Calendar

D. C. Docket No. CR 94-00061

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 21 1997
MIGUEL J. CORTEZ
CLERK

UNITED STATES OF AMERICA,

          Plaintiff-Appellee,

versus

DON LEONARD SCOTT,

          Defendant-Appellant.

---

Appeals from the United States District Court
for the Southern District of Alabama

---

Before DUBINA and BARKETT, Circuit Judges, and KRAVITCH, Senior Circuit Judge.

### JUDGMENT

  These causes came to be heard on the transcript of the record from the United States District Court for the Southern District of Alabama, and were taken under submission by the Court upon the record and briefs on file, pursuant to Eleventh Circuit Rule 34-3;

  UPON CONSIDERATION WHEREOF, it is now hereby ordered and adjudged by this Court that the sentence imposed by the said District Court in these causes be and the same is hereby AFFIRMED.

Entered: April 21, 1997
For the Court: Miguel J. Cortez, Clerk

By: _____
    Deputy Clerk

ISSUED AS MANDATE: 5/22/97

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
  Deputy Clerk
  Atlanta, Georgia

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



Nos. 94-6823, 94-7189
Non-Argument Calendar

D. C. Docket No. CR 94-00061-CB

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DON LEONARD SCOTT,

Defendant-Appellant.

Appeals from the United States District Court
for the Southern District of Alabama

(April 21, 1997)

Before DUBINA and BARKETT, Circuit Judges, and KRAVITCH, Senior Circuit Judge.

PER CURIAM:

Don Leonard Scott appeals his 120-month sentence for conspiracy to possess with intent to distribute crack cocaine. Scott argues that (1) he was entitled to a two-level reduction for acceptance of responsibility under § 3E1.1; (2) he was entitled to an additional one-level reduction under § 3E1.1(b) because he provided substantial assistance and tendered his plea in a timely matter; (3) his role in the conspiracy did not warrant an enhancement for being a manager; (4) the district court

erred in sentencing him to 120 months' imprisonment when compared to the 30-month sentence given to his co-defendant, Eldridge; (5) the district court should have departed downward under § 5K2.O because his conduct constituted aberrant behavior; and (6) the trial court failed to consider the sentencing disparity between cocaine and crack cocaine.

We have reviewed the record and find no merit to Scott's arguments on appeal.

**AFFIRMED.**

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: *[signature]*
Deputy Clerk
Atlanta, Georgia