MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Southern District Of Alabama | |
|---|---|---|
| Name of Movant Don Leonard Scott | Prisoner No. 05637-003 | Docket No. CR-94-00061-001 |
| Place of Confinement F.C.C. Beaumont-Low #3B, P.O. Box 26020, Beaumont, Tx 77720-6020 | | |

(include name upon which convicted)

UNITED STATES OF AMERICA     V.     Don Leonard Scott

(full name of movant)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack <u>Southern District Of Alabama, Mobile, Alabama, Southern Division</u>

2. Date of judgment of conviction <u>August 8, 1994</u>

3. Length of sentence <u>120 months</u>

4. Nature of offense involved (all counts) <u>Count 1: conspiracy to possess with intent to distribute a Schedule II controlled substance and Count 2: possession with intent to distribute a Schedule II controlled substance</u>

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☐
   (c) Nolo contendere ☒

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: <u>Was advised by counsel to plead nolo contendere to count one and the government agreed to drop count two based on that plea.</u>

6. Kind of trial: (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒    appealed sentence

**REFERRED TO JUDGE CRB**
For Ruling or Appropriate Action
DATE 4-6-98

(2)

9. If you did appeal, answer the following:

   (a) Name of court __11th Circuit Court Of Appeals__

   (b) Result __Sentence and conviction affirmed without published opinion__

   (c) Date of result __April 4, 1997__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __U.S. Supreme Court__

    (2) Nature of proceeding __writ of certiorari__

    (3) Grounds raised __Error made in sentencing in regard to role in the offense and in regard to acceptance of responsibility__

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐ No ☒

    (5) Result __denied__

    (6) Date of result __October 6, 1997__

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court ____

    (2) Nature of proceeding ____

    (3) Grounds raised ____

(3)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result _____

(6) Date of result: _____

(c) As to any third petition, application or motion, give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

_____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result _____
(6) Date of Result _____

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
  (1) First petition, etc.     Yes ☐ No ☐
  (2) Second petition, etc.    Yes ☐ No ☐
  (3) Third petition, etc.     Yes ☐ No ☐

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

<u>U.S. Supreme Court has final authority.</u>

_____

_____

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.
   CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.
   For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
   Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
   (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
   (b) Conviction obtained by use of coerced confession.

(4)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

    A. Ground one: __See Memorandum__

    Supporting FACTS (tell your story *briefly* without citing cases or law: _____

    B. Ground two: __See Memorandum__

    Supporting FACTS (tell your story *briefly* without citing cases or law): _____

    C. Ground three: __See Memorandum__

    Supporting FACTS (tell your story *briefly* without citing cases or law): _____

D. Ground four: _____

_____

Supporting FACTS (tell your story *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

Recently discovered my attorney was ineffective in regards to several aspects of my defense and recent case law allows sentencing disparity for similarly situated co-defendants to be addressed.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
   Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

   (a) At preliminary hearing  Jacqueline Phillips, address unknown

   (b) At arraignment and plea  Jacqueline Phillips and Eulis Simien
       Simien's Address: 8110 Summa Ave., St. 100, Baton Rouge, La 70809

   (c) At trial  n/a

   (d) At sentencing  Same as arraignment and plea

(6)

(e) On appeal _____ Eulis Simien _____

(f) In any post-conviction proceeding ___ n/a _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _n/a_____

6. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

7. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

(b) Give date and length of the above sentence: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

March 19, 1998
  (date)

_____
Signature of Movant

Don Leonard Scott #05637-003
FCC Beaumont-Low, #3B
P.O. Box 26020
Beaumont, Tx 77720-6020

(7)