IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 99-12388-E

---

DON LEONARD SCOTT,

          Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

          Respondent-Appellee.

---

Appeal from the United States District Court for the
Southern District of Alabama

---

ORDER:

Upon review, Appellant's request for a certificate of appealability is hereby DENIED. Appellant has failed to make a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253.

/s/    GERALD BARD TJOFLAT
UNITED STATES CIRCUIT JUDGE

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: [signature]
Deputy Clerk
Atlanta, Georgia

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

U.S. DISTRICT COURT
SO. DIST. AL.
MOBILE, AL 36602

2000 FEB 17 B

In Replying Give Number
Of Case And Names of Parties

FILED
CLERK'S OFFICE

February 16, 2000

Deborah S. Hunt
Clerk, U.S. District Court
113 St. Joseph St.
Mobile AL 36602

RE: 99-12388-E    Don Leonard Scott v. USA
DC DKT NO.: 98-00323 CV-CB
SECONDARY CASE NO: 94-00061-CR-CB

The enclosed certified copy of this Court's order denying the application for a Certificate of Appealability is issued in lieu of the mandate of this court.

Also enclosed is the record on appeal, which consists of:
 8 Volumes of Original Papers

Please acknowledge receipt by returning the enclosed copy of this lettter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gloria Powell (404) 335-6184

Encl.

DIS-4 (1-1999)

U.S. DISTRICT COURT
SO. DIST. AL.
MOBILE, AL 36602

2000 FEB 17 P 1:19

FILED
CLERK'S OFFICE

Deborah S. Hunt
Clerk, U.S. District Court
113 St. Joseph St.
Mobile AL 36602

February 16, 2000

RE: 99-12388-E      Don Leonard Scott v. USA
DC DKT NO.: 98-00323 CV-CB

TO:   Deborah S. Hunt

CC:   Greg Bordenkircher

CC:   Murphy Bell

CC:   Administrative File